IN RE RESIGNATION OF BOUGHTON.

[Cite as *In re Resignation of Boughton* (1995), 73 Ohio St.3d 1205.]

(No. 95–1249—Submitted July 12, 1995—Decided July 13, 1995.)

The resignation as an attorney of Robert Willard Boughton of Cleveland, Ohio, Attorney Registration No. 0032203, is accepted.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.